IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–02570–WJM–KMT

LYNN EUGENE SCOTT,

      Plaintiff,

v.

HUGHES, in her official and individual capacities as a Police Officer,
JOHN DOE, in his official and individual capacities as a Police Officer, and
JAMES DOE, the victim in the criminal complaint,

      Defendants.

---

## ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE

---

      The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by District Judge William J. Martinez, pursuant to the Order of Reference dated November 7, 2014. *See* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).

      It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **February 9, 2015,** at **10:30 a.m.,** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

      The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LCivR 16.2. and 26.1.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

Plaintiff, or his/her case manager, shall arrange for his/her participation via telephone and shall call **(303) 335-2780** at the scheduled time.

Dated this 15th day of December, 2014.

**BY THE COURT:**

_____
Kathleen M. Tafoya
United States Magistrate Judge