**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-02570-WJM-CBS

LYNN EUGENE SCOTT,

    Plaintiff,

v.

SHARON HUGHES in her Official and Individual Capacities as a Police Officer,

    Defendant.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a); all previous Orders entered in this case; and the Order Adopting the August 13, 2015 Recommendation of the United States Magistrate Judge, Granting Defendant Hughes' Motion To Dismiss, and Dismissing Doe defendants, entered by the Honorable William J. Martínez, United States District Judge, on September 30, 2015, it is

    ORDERED that the Court ADOPTS the Recommendation (ECF No. 33) in its entirety.

    IT IS FURTHER ORDERED that Defendant Hughes' Motion to Dismiss (ECF No. 12) is GRANTED.  Plaintiff's claims for false arrest, false imprisonment, malicious prosecution, excessive force, and civil conspiracy against Defendant Hughes are DISMISSED WITH PREJUDICE.

    Dated at Denver, Colorado this 30th day of September, 2015.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/Deborah Hansen
Deborah Hansen, Deputy Clerk